USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/27/2020__

Christopher M. CASAZZA, Esquire
Solow, Isbell & Palladino, LLC
1601 Walnut Street, Suite 1200
Philadelphia, PA 19102
p. (215) 564-1990
f. (215) 564-1998
chris@sipimmigration.com

## IN THE UNITED STATES DISTRCT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMERO, <br><br> *Plaintiff,* <br><br> v. <br><br> BARR, *et. al.* <br><br> *Defendants.* | Civil Action No: 1:20-cv-05764-AT <br><br><br> **COMPLAINT FOR WRIT** <br><br> **OF MANDAMUS** |

## MOTION FOR VOLUNTARY DISMISSAL

The Plaintiff, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully move to voluntarily dismiss its complaint without prejudice as the issue in this matter is now moot.

GRANTED. The Clerk of Court is directed to close this case.

Dated: August 27, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge